# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NEW YORK LIFE INSURANCE
COMPANY,

                Plaintiff,                19 **CIVIL** 9437 (MKV)

       -against-                  **JUDGMENT**

KIM BROWN, MARCUS BROWN, and
RODNEY NESBIT
               Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 1, 2021, Defendant Kim Brown's Motion for Summary Judgment is GRANTED. The Clerk of Court is respectfully requested to pay all money that New York Life Insurance Company deposited with the Court in connection with this action to Kim Brown; accordingly, the case is closed.

**Dated:**  New York, New York
        February 2, 2021

                                      **RUBY J. KRAJICK**

                                      **Clerk of Court**
                 **BY:**     *K. Mango*

                                      **Deputy Clerk**