USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**NEW YORK LIFE INSURANCE COMPANY**,

        Plaintiff,

vs.

**KIM BROWN, MARCUS BROWN, and RODNEY NESBIT**,

        Defendants.

CASE NO. 19-cv-9437-MKV

**ORDER**

---

    The above-captioned interpleader action having come before this Court on a motion for summary judgment filed by defendant Kim Brown, and this Court having issued a February 1, 2021 decision and order that ordered the Clerk of Court to "pay all money that New York Life Insurance Company deposited with the Court in connection with this action to Kim Brown, and close the case,"

    it is NOW, on this  2  day of  February , 2021,

    ORDERED that the Court's registry shall, upon receipt of this order, issue a check payable to "Eric Dinnocenzo, as Attorney for Kim Brown," in the full amount deposited with the Court plus any accrued interest, and shall mail the check to Law Offices of Eric Dinnocenzo, 469 Seventh Avenue, Suite 1215, New York, NY 10018.

Because the policy proceeds are in an interest-bearing account, counsel will need to provide a completed IRS form W-9 to the Clerk of Court before the accrued interest can be disbursed. Further inquiries regarding disbursement of funds in this matter should be directed to the Finance Unit of the Clerk's Office. SO ORDERED.

Date: 2/2/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

*Mary Kay Vyskocil*
Hon. Mary Kay Vyskocil
United States District Judge
Dated: February 2, 2021
New York, NY